Case 3:03-cr-00213-ECR-VPC   Document 195   Filed 07/08/11   Page 3 of 3

```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

         OCT 1 3 2011

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,

        Plaintiff,              CASE NO.:   CR-N-03-0213-ECR (VPC)

v.

QUALIK TULIVA,

        Defendant.
_____/

### ORDER GRANTING NOTICE OF WITHDRAWAL

**BASED UPON** Local Rules of Practice 10-6, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the LAW OFFICES OF PAUL E. QUADE, P.C., be, and hereby is allowed to withdraw as attorney of record for Defendant, effective immediately upon filing of this Order with the Court.

DATED this **13** day of ~~July~~ OCT. ECR, 2011.

                                      Edward C. Reed
                                    UNITED STATES DISTRICT COURT JUDGE

Z:\Tuliva, Qualik\Pleadings\P-Notice.WD.05.23.11.wpd